JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOSEPHINE CUNANAN, on behalf of herself and all other similarly-situated individuals,<br><br>    Plaintiff,<br><br>vs.<br><br>SILVERADO SENIOR LIVING, INC., a California corporation; SILVERADO SENIOR LIVING MANAGEMENT, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 2:14-cv-05454-SVW-SH<br>Hon. Stephen V. Wilson<br><br>(Removed from Los Angeles County Superior Court, Case No. BC477047)<br><br><u>CLASS ACTION</u><br><br>**ORDER RE: PARTIES' STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT AND REMAND TO LOS ANGELES SUPERIOR COURT** |

Upon review of the parties' "Stipulation for Filing of First Amended Complaint and Remand to Los Angeles Superior Court," and GOOD CAUSE appearing, this Court hereby orders as follows:

    (1)    The parties' Stipulation is approved under C.D. Cal. Local Rule 7-1;

    (2)    Plaintiff is granted leave to file a First Amended Complaint in this action;

    (3)    Plaintiff's First Amended Complaint, which was attached as an exhibit to the parties' Stipulation, is deemed filed and served on Defendants upon the Court's entry of this Order; and

(4) The Court orders that this case be remanded to the Superior Court of California for the County of Los Angeles.

**IT IS SO ORDERED**

Dated: August 14, 2014

HON. STEPHEN V. WILSON
United States District Judge